| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Tamara Renee Martinez** |
| | First Name — Middle Name — Last Name |
| Debtor 2 (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Capital One Auto Finance** <br><br> Description of property securing debt: **2012 Ford Focus SEL 110,000 miles Good Condition Location: 19499 E. 58th Dr., Aurora CO 80019** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Debtor shall retain vehicle and continue making scheduled payments** | ☐ No <br><br> ■ Yes |
| Creditor's name: **GM Financial** <br><br> Description of property securing debt: **2015 Ford Fiesta SE 43,000 miles Good Condition Location: 19499 E. 58th Dr., Aurora CO 80019** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Debtor shall retain vehicle and continue making scheduled payments** | ☐ No <br><br> ■ Yes |
| Creditor's **Jefferson Capital Systems, LLC** | ☐ Surrender the property. | ☐ No |

| Debtor 1 | **Tamara Renee Martinez** | Case number *(if known)* | |
|---|---|---|---|
| name: | | | |

| | | |
|---|---|---|
| | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: | **2005 Dodge Dakota 120,000 miles** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* |
| | **Fair Condition (Debtor's Mother's car for which she co-signed)** | ■ Retain the property and [explain]: |
| | **Location: Lourdes Martinez - 509 Acero Avenue, Pueblo, CO 81004** | **Debtor shall retain vehicle and continue making scheduled payments** |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | **Maggie McFarlane** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Residential Lease for Debtor's Primary Residence Begin 6/2019; End: 05/2020 Payment: $1,750.00/mo.** | |
| Lessor's name: | **OKinus, Inc.** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Lease to own: Sofa, loveseat, mattress, bed frame** | |
| Lessor's name: | **Progressive Leasing** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Lease-to-Own for Bedroom Set** | |
| Lessor's name: | **Unit Con Finance** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Contract for Avalon Home Cleaning System** | |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X    **/s/ Tamara Renee Martinez**                          X
     **Tamara Renee Martinez**                                  Signature of Debtor 2
     Signature of Debtor 1

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**              page 2

Debtor 1   **Tamara Renee Martinez**                                              Case number *(if known)*

Date   **March  3, 2020**                                        Date